ACCEPTED
12-15-00120-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/5/2015 7:01:22 PM
Pam Estes
CLERK

## NO. 12-15-001220-CV

| | | |
|---|---|---|
| James D. Branch | § | In the Court of Appeals |
| | § | |
| VS. | § | 12th Court of Appeals |
| | § | |
| Elizabeth Marlene Branch | § | Tyler, Texas |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/5/2015 7:01:22 PM
PAM ESTES
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes James D. Branch, II, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the County Court at Law, of Anderson County, Texas.

2.     The case below was styled <u>James D. Branch, II. V. Elizabeth Marlene Branch</u> and numbered 11821.

3.     A Judgement was granted against Appellant.

4.     Notice of appeal was given timely.

5.     The clerk's record has been previously filed; the reporter's record was filed on September 8, 2015.

7.     The appellate brief was due on October 8, 2015, but because counsel has been in extended trials and has been ill, counsel has not had the

1 | P a g e

time or opportunity to prepare and file Appellant's brief.

8.     Appellant requests an extension of time of 30 days from the date of October 5, 2015, i.e. November 4, 2015.

9.     Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant has been inundated with trials and hearings, and has been sick, and has been unable to properly prepare appellant's brief, and needs more time to do so.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Cargill & Associates
701 N. Elm Street
Palestine, Texas 75801
Tel: (903) 729-8011
Fax: (903) 729-5112

By: _Mark W. Cargill_____
Mark W. Cargill
State Bar No. 00787201
cargillaw@earthlink.net
Attorney for James Branch

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2015, a true and correct copy of the above and foregoing document was served on Lynn Markham by fax.

Mark W. Cargill
Mark W. Cargill

| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF HOUSTON | § |

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Mark W. Cargill, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_Mark W. Cargill_
Mark W. Cargill
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _10/5/_, 2015, to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas